```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    POONAM KUMAR (Cal. Bar No. 270802)
 4  Assistant United States Attorney
    General Crimes Section
 5       1100 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0719
 7       Facsimile: (213) 894-6269
         E-mail:    poonam.kumar@usdoj.gov
 8
    Attorneys for Complainant
 9  UNITED STATES OF AMERICA
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 6 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>PIERRE BATE,<br><br>A Fugitive from the Government of the United Kingdom. | No. CV 15-9820<br><br>[~~PROPOSED~~] ORDER |
|---|---|

The Court has received the Request for Extradition filed on December 18, 2015, by Poonam Kumar, Assistant United States Attorney for the Central District of California, for and on behalf of the Government of the United Kingdom, pursuant to the United Kingdom's request for the extradition of Pierre Bate. The Court has also received a stipulation regarding consent to extradition, executed on December 29, 2015.

Pierre Bate, having appeared before the undersigned judicial officer, represented by counsel, and having entered into the foregoing stipulation, IT IS HEREBY FOUND as follows:

1. Pierre Bate's stipulation to extradition was executed knowingly and voluntarily.

    2.    An arrest warrant was issued by the United Kingdom for Pierre Bate for the following offenses: (1) one count of burglary with intent to rape, in violation of Section 9 of the Theft Act of 1968; (2) one count of rape per vagina, in violation of Section 1 of the Sexual Offences Act of 1956; (3) one count of rape per anus, in violation of Section 1 of the Sexual Offences Act of 1956; (4) one count of indecent assault, in violation of Section 14 of the Sexual Offences Act of 1956; (5) one count of false imprisonment in violation of the common law; and (6) one count of assault occasioning actual bodily harm in violation of Section 47 of the persons Act of 1861.

    3.    All the requirements for extradition are met, specifically:

    a.    The undersigned judicial officer, United States Magistrate Judge Patrick J. Walsh, and the court on which that judicial officer sits have jurisdiction to conduct extradition proceedings.

    b.    The assigned judicial officer, United States Magistrate Judge Patrick J. Walsh, and the court on which that judicial officer sits, have jurisdiction over Pierre Bate.

    c.    That there is an extradition treaty in force between the United States and the United Kingdom, the Instrument as contemplated by Article 3(2) of the Agreement on Extradition Between the United States of America and the European Union signed 25 June 2003, as to the application of the Extradition Treaty Between the Government of the United States of America and the Government of the United Kingdom of Great Britain and Northern Ireland signed 31 March 2003, U.S.-U.K., Dec. 16, 2004, S. TREATY DOC. NO. 109-14 (2006) ("the Extradition Treaty").

        d.   Pierre Bate is sought for offenses for which the applicable treaty permits extradition.

        e.   Pierre Bate is the individual who has been charged in the United Kingdom, and there is probable cause to believe him guilty of the charged offense.

        f.   Pierre Bate agrees to these simplified extradition procedures without further proceedings pursuant to Article 17 of the Extradition Treaty.

4.   There are no facts that bar Pierre Bate's extradition under the extradition treaty between the United States of America and the United Kingdom.

Based on the foregoing findings, the undersigned judicial officer hereby ORDERS Pierre Bate EXTRADITED without further judicial proceedings.

//

//

1    IT IS FURTHER ORDERED that Pierre Bate be committed to the
2 custody of the United States Marshals Service pending arrival of
3 agents of the requesting state, at which time Pierre Bate will be
4 transferred to the custody of the agents of the requesting state at
5 such time and place as mutually agreed upon by the United States
6 Marshals Service and the duly authorized representatives of the
7 Government of the United Kingdom to be transported to the United
8 Kingdom.
9    IT IS SO FOUND AND ORDERED.

DATE 1/6/16

THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/
POONAM KUMAR
Assistant United States Attorney